IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. 15-CR-344-1 |
| | § | |
| JEFFREY EUGENE ROSE, Sr., | § | |

### JEFFREY ROSE'S SUPPLEMENTED EXHIBIT LIST: SEPTEMBER 28, 2016

| NO. | DESCRIPTION | OFF'D | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| D1-1 | 20 CFR 10.311 Special Rules of Chiropractors | | | | |
| D1-2 | 2014 Physical Therapy Board Complaint | | | | |
| D1-3 | Alberto Villarreal Patient File | | | | |
| D1-4 | Bank Custodian of Records Affidavit | | | | |
| D1-5 | Bank Records AWR Chase | | | | |
| D1-6 | Bank Records AWR Regions | | | | |
| D1-7 | Bank Records BWR Chase | | | | |
| D1-8 | Bank Records BWR Regions | | | | |
| D1-9 | Bank Records FWR Chase | | | | |
| D1-10 | Bank Records FWR Regions | | | | |
| D1-11 | Bank Records FWR-N Regions | | | | |
| D1-12 | Bank Records FWR- N Chase | | | | |
| D1-13 | Bank Records Glamour by Design Chase | | | | |
| D1-14 | Bank Records IWN Chase | | | | |
| D1-15 | Bank Records JPR Chase | | | | |
| D1-16 | Bank Records Pure Vanity Boutique Chase | | | | |
| D1-17 | Bank Records Reaching Out 2 Youth Chase | | | | |
| D1-18 | Bennie Hillman Patient File | | | | |
| D1-19 | Carolyn Burton Patient File | | | | |
| D1-20 | Chase Transaction Log 07/11/13 | | | | |
| D1-21 | CPT Therapeutic Procedures Codes 2013 & Reporting of Units | | | | |
| D1-22 | CPT Fee Schedule 2015 | | | | |
| D1-23 | Debra Wells Patient File | | | | |
| D1-24 | Delores Maxwell Patient File | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| D1-25 | DOL Office of Workers' Compensation Program Definition of Chiropractic Services | | | | | |
| D1-26 | TBCE Complaint re: Dr. Jaime & Dismissal | | | | | |
| D1-27 | Gloria Escobedo Patient File | | | | | |
| D1-28 | Ingrid Vialva Patient File | | | | | |
| D1-29 | James Henry Patient File | | | | | |
| D1-30 | James Henry Patient File (2) | | | | | |
| D1-31 | Larry Laurent Affidavit | | | | | |
| D1-32 | Larry Laurent CV | | | | | |
| D1-33 | Lenda Henry Patient File | | | | | |
| D1-34 | Lisa Nolan Patient File | | | | | |
| D1-35 | Lorne Porter Patient File | | | | | |
| D1-36 | Letter of Medical Necessity & ACS Approval. Anastacia Johnson | | | | | |
| D1-37 | Letter of Medical Necessity & ACS Approval Donna Gooden | | | | | |
| D1-38 | Letter of Medical Necessity & ACS Approval Lisa Nolan | | | | | |
| D1-39 | Letter of Medical Necessity & ACS Approval Rose Burden | | | | | |
| D1-40 | Letter of Medical Necessity & ACS Approval Sonia Jones | | | | | |
| D1-41 | Marty Oaks Patient File | | | | | |
| D1-42 | Maxwell Delores Patient File | | | | | |
| D1-43 | Medicare Claims Processing Manual-Chapter 5 Part B Outpatient Rehabilitation and CORF/OPT Services | | | | | |
| D1-44 | Occupations Code-Chapter 201. Chiropractors | | | | | |
| D1-45 | OWCP Provider of Medical Services Enrollment Form | | | | | |
| D1-46 | Patrick Riley Patient File | | | | | |
| D1-47 | Pernella Morris Patient File | | | | | |
| D1-48 | Pernella Morris Patient File (2) | | | | | |
| D1-49 | Physical Therapy Board Investigation Committee Complaint & Dismissal | | | | | |
| D1-50 | Physical Therapy/Occupations Therapy Authorization Request (Blank) | | | | | |
| D1-51 | Rose Burden Patient File | | | | | |
| D1-52 | Sandra Johnson Patient File | | | | | |
| D1-53 | Shawana Aycock Patient File | | | | | |
| D1-54 | Stanley Idlebird Patient File | | | | | |
| D1-55 | Stephanie Woods Patient File | | | | | |
| D1-56 | Texas Board of Chiropractic Examiners | | | | | |

|       |                                                         |   |   |   |   |
|-------|---------------------------------------------------------|---|---|---|---|
|       | Scope of Chiropractic Practice                          |   |   |   |   |
| D1-57 | Tia Aspra Affidavit                                     |   |   |   |   |
| D1-58 | Tia Aspra Bio                                           |   |   |   |   |
| D1-59 | TWR BR- Chase Signature Cards                           |   |   |   |   |
| D1-60 | TWR Employee Handbook                                   |   |   |   |   |
| D1-61 | TWR Clinic Manual                                       |   |   |   |   |
| D1-62 | TWR Clinic Manual (Part 2)                              |   |   |   |   |
| D1-63 | Vincent Wilson Patient File (460)                       |   |   |   |   |
| D1-64 | Vincent Wilson Patient File (522)                       |   |   |   |   |
| D1-65 | Wayne Galopian Patient File                             |   |   |   |   |
| D1-66 | Wayne Parish Patient File                               |   |   |   |   |
| D1-67 | Southwest Airlines Records                              |   |   |   |   |
| D1-68 | Brandon Collins Personnel File                          |   |   |   |   |
| D1-69 | Ciara Britten Personnel File                            |   |   |   |   |
| D1-70 | Linda Hawkins Personnel File                            |   |   |   |   |
| D1-71 | Karell Lanza Personnel File                             |   |   |   |   |
| D1-72 | Yaneris Salgado Personnel File                          |   |   |   |   |
| D1-73 | Belinda Mancillas Personnel File                        |   |   |   |   |
| D1-74 | Carol Oakley Personnel File                             |   |   |   |   |
| D1-75 | Yaneris Salgado Personnel File (2)                      |   |   |   |   |
| D1-76 | John Cruise Personnel File                              |   |   |   |   |
| D1-77 | Tipado Kieva Personnel File                             |   |   |   |   |
| D1-78 | Jenny Mercado Personnel File                            |   |   |   |   |
| D1-79 | Mykeis Crosby Personnel File                            |   |   |   |   |
| D1-80 | Melissa Hoffman Personnel File                          |   |   |   |   |
| D1-81 | Triciaka Poche Personnel File                           |   |   |   |   |
| D1-82 | Photographs of Therapy Room TWR                         |   |   |   |   |
| D1-83 | CPT codes                                               |   |   |   |   |
| D1-84 |                                                         |   |   |   |   |
| D1-85 |                                                         |   |   |   |   |
| D1-86 | Sign in sheets, various dates 2013                      |   |   |   |   |
| D1-87 |                                                         |   |   |   |   |
| D1-88 |                                                         |   |   |   |   |
| D1-89 | B. Ramirez Application for Employment                   |   |   |   |   |
| D1-90 | Sign in sheet 03/21/2013                                |   |   |   |   |
| D1-91 | Select sign in sheets 03/12/2012, 04/12/2012, 05/12/2012 |   |   |   |   |
| D1-92 |                                                         |   |   |   |   |
| D1-93 |                                                         |   |   |   |   |
| D1-94 |                                                         |   |   |   |   |
| D1-95 |                                                         |   |   |   |   |
| D1-96 |                                                         |   |   |   |   |
| D1-97 |                                                         |   |   |   |   |
| D1-98 |                                                         |   |   |   |   |
| D1-99 |                                                         |   |   |   |   |
| D1-100| Email from N. Hiner to J. Rose dated 04/20/2012         |   |   |   |   |

| | | | | | |
|---|---|---|---|---|---|
| D1-101 | Email from N. Hiner to J. Rose dated 04/26/2012 | | | | |
| D1-102 | Email from N. Hiner to J. Rose dated 05/11/2012 | | | | |
| D1-103 | Email from N. Hiner to A. Harris & H. Jaime dated 06/06/2012 | | | | |
| D1-104 | Email from A. Harris to J. Rose dated 02/15/2012 | | | | |
| D1-105 | Email from A. Harris dated 09/21/2016 | | | | |
| D1-106 | Email from A. Harris to J. Rose dated 02/15/2012 | | | | |
| D1-107 | Email from A. Harris to J. Rose dated 02/20/2012 | | | | |
| D1-108 | Email from N. Hiner to J. Rose dated 01/03/2013 | | | | |
| D1-109 | Email from N. Hiner to M. Hoffmann dated 06/21/2012 | | | | |
| D1-110 | Functional Capacity Evaluation for Debra Wells | | | | |
| D1-111 | Email from N. Hiner to A. Smith dated 05/11/2012 | | | | |
| D1-112 | Email from N. Hiner to J. Rose dated 04/20/2012 | | | | |
| D1-113 | 56 emails to and from A. Harris | | | | |
| D1-114 | A. Harris Employee Absence Reports | | | | |
| D1-115 | A. Harris Notice of Disciplinary Action 02/28/2012 | | | | |
| D1-116 | A. Harris Notice of Disciplinary Action 01/07/2013 | | | | |
| D1-117 | B. Mancillas Personnel File | | | | |

Respectfully Submitted,

     /s/ Chip Lewis
Chip B. Lewis
1207 South Shepherd
Houston, Texas 77019
Telephone: (713) 5237878
Fax: (713) 5237887
Federal ID#24313

*Attorney for Jeffrey Eugene Rose, Sr.*

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of this Exhibit List was delivered via ECF to AUSA Redlinger on the 28th day of September, 2016.

/s/ Chip B. Lewis
Chip B. Lewis