IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CRIMINAL NO. 15-CR-344 |
| JEFFREY EUGENE ROSE, Sr., | § | |
| PAMELA ANNETTE ROSE, | § | |
| FRANKIE LEE SANDERS, | § | |
| HUGO GERARDO JAIME, D.C. | § | |

## ORDER ON MOTION FOR ACQUITTAL

Be it remembered that on this day came on to be heard Defendant's Motion for Acquittal in the above cause. It is therefore:

ORDERED, ADJUDGED and DECREED, that Defendant's Motion for Acquittal is hereby

_____ GRANTED.

_____ DENIED.

SIGNED this the _____ day of _____, 2016.

_____
JUDGE EWING WERLEIN