JUDGE EWING WERLEIN, JR.

Case Manager __Marilyn Flores__          Court Reporter _Johnny Sanchez_
USPO                                                         Interpreter _N/A_

Time:  09:45 a.m. to 09:55 a.m.          **DATE October 17, 2016**
       10:05 a.m. to 10:10 a.m.
       04:00 p.m. to 04:35 p.m.

---

## CR. No. H-15-344

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Julie Redlinger and Dan Rodriguez (AUSA) |
| | § | |
| vs. | § | |
| | § | |
| JEFFREY EUGENE ROSE (1) | § | Chip Lewis and Alicia O'Neil (Retained) |
| PAMELA ANNETTE ROSE (2) | § | Vivian King (Retained) |
| FRANKIE LEE SANDERS (3) | § | Christopher Downey (Retained) |
| HUGO GERARDO JAIME (4) | § | Lisa Andrews and Todd Leffler (Retained) |

---

## DAY 18 OF JURY TRIAL

__X__  Jury Note response read in Court.     __X__  Jury Deliberating.

__X__  Jury Verdict **Deft (1) guilty** to Ct(s)  1-25
__X__  Jury Verdict **Deft (2) guilty** to Ct(s)  1-25
__X__  Jury Verdict **Deft (3) guilty** to Ct(s)  1-23
__X__  Jury Verdict **Deft (4) not guilty** to Ct(s) 1-23

__X__  Order for PSI setting Disclosure and Sentencing dates signed.
       Deft (1) Sentencing set January 13, 2017  at 10:00 a.m.
       Deft (2) Sentencing set January 13, 2017  at 10:40 a.m.
       Deft (3) Sentencing set January 20, 2017  at 10:00 a.m.

__X__  Dfts (1) and (3) oral motion to remain on bond pending sentencing DENIED.
__X__  Dfts (2) oral motion to remain on bond pending sentencing GRANTED.

__X__  Dfts (1) and (3) REMANDED to custody.

__X__  Other: Day 19 Jury Trial Forfeiture proceedings set for 10/18/2016 at 9:00 a.m.